IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY ALAN BENNETT, | Civil No. 3:21-cv-1578 |
| Plaintiff | (Judge Mariani) |
| v. | |
| DEPUTY WARDEN JEFF SCOTT, *et al.*, | |
| Defendants | |

## ORDER

**AND NOW,** this 22nd day of April, 2022, upon consideration of Plaintiff's motion (Doc. 28) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 28) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge