IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COREY ALAN BENNETT, | : | Civil No. 3:21-cv-1578 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| DEPUTY WARDEN JEFF SCOTT, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 24th day of May, 2022, upon consideration of Defendants' motion (Doc. 26) to dismiss, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 26) is **DENIED**.

2. Defendants shall **FILE** an appropriate pretrial motion within thirty (30) days of the date of this Order.

Robert D. Mariani
United States District Judge